UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANK BADALL, | § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-325 |
| | § § | |
| LORI DAVIS, *et al*, | § § | |
| Respondents. | § | |

# **FINAL JUDGMENT**

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 27th day of February, 2018.

_____
Kenneth M. Hoyt
United States District Judge